THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEWMAN-ANDREW COMPANY v. WALTER H. KNAPP and Others, Constituting the State Tax Commission of the

State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.